**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| **WOLO MANUFACTURING, CORP.,**<br><br>     Plaintiff,<br><br>v.<br><br>**ABC CORP. d/b/a Vixenhorns.com, XYZ CORP. d/b/a Hookedontronics.com, AFTAK CORP. d/b/a Aftakcorp.com and ARIE FELDMAN,**<br><br>     Defendants. |

Case No.  17-cv-5333

**COMPLAINT**

Plaintiff, Wolo Manufacturing, Corp. ("Wolo"), by and through its attorneys, Lackenbach Siegel, LLP, for its complaint against defendants, ABC Corp. d/b/a Vixenhorns.com ("Vixen"), XYZ Corp. d/b/a Hookedontronics.com ("Tronics"), Aftak Corp. d/b/a Aftakcorp.com ("Aftak") (Vixen, Tronics and Aftak are collectively the "Defendant Entities") and Arie Feldman ("Feldman")(all collectively, "Defendants"), hereby alleges as follows:

**NATURE OF ACTION**

1.      Defendants, apparently desirous of entering into competition with Wolo in the automotive aftermarket for goods such as automotive horns and sirens, simply copied large portions of Wolo's product line and accompanying product packaging and literature.  In so doing, however, Defendants unfairly and illegally competed with Wolo by copying Wolo's protected intellectual property.

2.      Thus, in this action, Wolo seeks injunctive relief, lost profits, damages and attorneys' fees for Defendants' acts of willful copyright infringement, pursuant to the Copyright

Act, 17 U.S.C. 501 *et seq.*, trademark infringement, false designation of origin and unfair competition, pursuant to the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and trademark infringement and dilution, deceptive acts and practices, injury to business reputation and dilution, and unfair competition under the common law and statutes of the State of New York.

## THE PARTIES

1.      Wolo is a corporation organized and existing under the laws of the State of New York, having its principal place of business at 1 Saxwood Street, Deer Park, New York 11729.

2.      Upon information and belief, defendant Vixen is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

3.      Upon information and belief, defendant Tronics is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

4.      Upon information and belief, defendant Aftak is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

5.      Upon information and belief, Feldman is a resident of Florida.

6.      Upon information and belief, Feldman is the owner, president, officer, manager, member, operator and/or is directing the business and actions, of the Defendant Entities.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

8.      The actions of Defendants complained of in this Complaint have been and continue to be committed, at least in part, within the Eastern District of New York.

9.      Upon information and belief, defendant Vixen is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

2

10.     Upon information and belief, defendant Tronics is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

11.     Upon information and belief, defendant Aftak is a corporation organized and existing under the laws of the State of Florida, with its place of business in Florida.

12.     Upon information and belief, Feldman is a resident of Florida.

13.     Upon information and belief, Feldman is the owner, president, officer, manager, member, operator and/or is directing the business and actions, of the Defendant Entities.

14.     Upon information and belief Defendants contract to supply goods and/or services, and/or transact business in New York and within this judicial district; and the tortious acts of Defendants complained of in this Complaint, including, without limitation, the willful and illegitimate use of Wolo's copyrights, trademarks and goodwill, have caused harm to Wolo within this judicial district.  Accordingly, personal jurisdiction exists over Defendant pursuant to CPLR §§ 301 and 302.

15.     Defendants maintain "active" websites which permits customers to purchase goods from Defendants directly from their websites.

16.     Upon information and belief, Defendants' customers include residents of New York State and Defendants have shipped goods into New York State and within this Judicial District, including goods which form the basis of this Complaint.

17.     Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

18.     Wolo, founded in 1965, designs and sells a variety of automotive accessories, including horns, alarms, sirens, warning lights, and light bars.

3

19.     Wolo is widely considered one of the leaders in its field.  Wolo's goods are sold by leading automotive goods retailers such as Pep Boys, AutoZone, O'Reilly Auto Parts, and Advance Auto Parts.

20.     Wolo additionally sells its products directly to customers via its own website, https://wolo-mfg.com/ ("Wolo's Website") and through third party websites, such as Amazon.

21.     Wolo's Website contains and displays photographs of its authentic goods.

22.     Wolo's Website additionally displays written descriptions, details and specifications relating to its products, and provides written instructions and videos demonstrating the installion of its products.


**Wolo's Copyright and Trademark**

23.     Wolo owns U.S. Copyright Registration No. TX 8-391-412 (the "Copyright Registration") for two-dimensional artwork and text material (collectively, the "Work").  A true and correct copy of the Work and the Copyright Registration is attached to this Complaint as Exhibit 1.

24.     The Work was and is reproduced and distributed by Wolo with certain of its products and is additionally displayed and/or available for download on the Wolo Website.

25.     Wolo owns all rights under the United States copyright laws pertaining to, and/or inherent in, the Work (the "Copyright"), which Copyright is valid and subsisting.

26.     The Work was completed and first published on or before December 31, 2008.

27.     The Copyright Registration constitutes *prima facie* evidence of the validity, and of Wolo's ownership, of the Copyright in the Work.

28.     In connection with its business and products, Wolo has adopted and used, and Wolo is the owner of numerous registered and common law trademarks.

29.     One such trademark that Wolo has adopted and is using, is the carbon fiber-look mark – the ornamental appearance of carbon fiber style graphics applied in an arbitrary fashion to a portion of a Wolo-product (the "Mark").

30.     One such product that uses the Mark is the Wolo Bandido Power Air Horn (the "Bandido Horn").  A true and accurate copy of the Bandido Horn utilizing the Mark is attached to this Complaint as Exhibit 2.

31.     The Mark is inherently distinctive and strong.

32.     The Mark is currently in use and has never been abandoned.

33.     Because of Wolo's extensive use and promotions of the Mark, and Wolo's use of "look for" advertising and trademark marking pertaining to the Mark, the Mark has become distinctive and prominent, and indicates a single source of origin of Wolo's goods, and has acquired a secondary meaning.

34.     Wolo continuously utilizes, offers for sale and/or sells, Wolo's products, Wolo's Website, Wolo's Work, Wolo's Mark and/or other words, terms, symbols, and/or devices commonly used by Wolo, during the course of its everyday business (collectively "Wolo's IP").

**Defendants' and Their Illegal Activities**

35.     Upon information and belief, Feldman is and has always been the owner, president, officer, manager, member, operator and/or is directing the business and actions, of the Defendant Entities, and Feldman alone directs and controls all of the activities of the Defendant Entities.

5

36.     Defendants are direct competitors of Wolo.  Defendants sell a variety of automotive horns and related accessories.

37.     Upon information and belief, Defendants Vixen and/or Feldman (and/or any combination of Defendants), own(s) and operate(s) the website https://vixenhorns.com (the "Vixen Webiste"), which offers for sale and sells a variety of  automotive horns and related accessories.

38.     Upon information and belief, Defendants Tronics and/or Feldman (and/or any combination of Defendants), own(s) and operate(s) the website http://www.hookedontronics.com (the "Tronics Website"), which offers for sale and sells a variety of automotive horns and related accessories, including Vixen automotive products.

39.     Upon information and belief, Defendants Aftak and/or Feldman (and/or any combination of Defendants), own(s) and operate(s) the website http://www.aftakcorp.com (the "Aftak Website"), which offers for sale and sells a variety of automotive horns and related accessories, including Vixen automotive products.

40.     Upon information and belief, Defendants (and/or any combination of Defendants) offer for sale and sells their products on Amazon.com and Jet.com.

41.     Without license or authority from Wolo, Feldman (and/or any combination of Defendants) caused Vixen to copy Wolo's Work, and without license or authority from Wolo, Vixen reproduced and published two (2) different unauthorized copies of the Work (one for Vixen's horn model number VXH4114 and the other for Vixen's horn model number VXH4114B) (collectively the "Infringing Works").  A True copy of the Infringing Works are attached to this Complaint as Exhibit 3.

42.     Without license or authority from Wolo, Feldman (and/or any combination of Defendants) caused Vixen, without license or authority from Wolo, to publish and make the Infringing Works available for view, display, and further copying by the public by posting it to the Vixen Website.  A True copy of a page from the Vixen Website, utilizing the link https://vixenhorns.com/wp-content/uploads/2017/04/VXH4114.pdf, that provides a downloadable copy of the Infringing Works, designated as "PDF MANUAL," is attached to this Complaint as Exhibit 4.

43.     Upon information and belief, Defendants (or a combination thereof) use the Vixen Website to advertise and promote Defendants' automotive products and accessories.

44.     By publishing and displaying the Infringing Works on the Vixen Website, Defendants (or a combination thereof) have utilized the Work without license or authority from Wolo, thereby infringing Wolo's Copyright, to generate revenue through the marketing, advertising, and sale of Defendants' goods.

45.     Without license or authority from Wolo, Feldman (and/or any combination of Defendants) caused Tronics, without license or authority from Wolo, to publish and make the Infringing Works available for view, display, and further copying by the public by posting it to the Tronics Website.  A True copy of a page from the Tronics Website, utilizing the link https://www.hookedontronics.com/images/horns/manuals/VXH4114.pdf, that provides a downloadable copy of the Infringing Works, designated as "DOWNLOAD MANUAL," is attached to this Complaint as Exhibit 5.

46.     Upon information and belief, Defendants (or a combination thereof) use the Tronics Website to advertise and promote Defendants' automotive products and accessories.

47.     By publishing and displaying the Infringing Works on the Tronics Website, Defendants (or a combination thereof) have utilized the Work without license or authority from Wolo, thereby infringing Wolo's Copyright, to generate revenue through the marketing, advertising, and sale of Defendants' goods.

48.     Without license or authority from Wolo, Feldman (and/or any combination of Defendants) caused Aftak, without license or authority from Wolo, to publish and make the Infringing Works available for view, display, and further copying by the public by posting it to the Aftak Website.  A True copy of a page from the Aftak Website, utilizing the link, https://www.hookedontronics.com/images/horns/manuals/VXH4114.pdf, that provides a downloadable copy of the Infringing Works, designated as "DOWNLOAD MANUAL," is attached to this Complaint as Exhibit 6.

49.     Upon information and belief, Defendants (or a combination thereof) use the Aftak Website to advertise and promote Defendants' automotive products and accessories.

50.     By publishing and displaying the Infringing Works on the Aftak Website, Defendants (or a combination thereof) have utilized the Work without license or authority from Wolo, thereby infringing Wolo's Copyright, to generate revenue through the marketing, advertising, and sale of Defendants' goods.

51.     Defendants (or a combination thereof) copied Wolo's Work, and without license or authority from Wolo, published unauthorized copies of the Work and made it available for view, display, and further copying by the public by posting it to Amazon.com and Jet.com in connection with the sale of Defendants' products.  A True copy of an example of Defendants' Amazon.com postings, utilizing a link designated as "User Manual" at https://images-na.ssl-

imagesamazon.com/images/I/C1FV39 nngMS.pdf, that allows for the view, display, and further copying of the Infringing Works is attached to this Complaint as Exhibit 7.

52.     Upon information and belief, Defendants (or a combination thereof) use the Infringing Work to advertise and promote Defendants' automotive products and accessories offered for sale and sold on Amazon.com and Jet.com.

53.     By publishing and displaying the Work on Amazon.com and Jet.com postings, Defendants (or a combination thereof) have utilized the Work without license or authority from Wolo, thereby infringing Wolo's Copyright, to generate revenue through the marketing, advertising, and sale of Defendants' goods.

54.     Upon information and belief, due to the verbatim copying and display of the Work, Defendants were aware of and obtained the Work from Wolo and intentionally copied the Work.

55.     Defendants (or a combination thereof) are offering for sale and selling a power air horn designated as the VIXEN HORNS VXH1608CB COMPACT DUAL-TONE MOTORCYCLE ELECTRIC AIR HORN CARBON-FIBER BLACK (the " Infringing Horn").  A True copy of a page from the Vixen Website promoting and offering for sale the Infringing Horn is attached to this Complaint as Exhibit 8.

56.     Defendants (or a combination thereof) have used and are using Wolo's Mark on the Infringing Horn, and have created and are creating a likelihood of confusion in violation of the Lanham Act, and/or have created and are creating an impression that Defendants otherwise are affiliated with or sponsored by Wolo (the "Infringing Horn").

57.     Without the authorization or consent of Wolo, and after Wolo built up extensive and valuable business and goodwill in connection with the Mark, Defendants commenced to offer for sale and sell the Infringing Horn.

58.     Upon information and belief, each of the Defendants were aware of Wolo and Wolo's use of its Mark in connection with Wolo's goods at the time Defendants adopted and began to use Wolo's Mark on the Infringing Horn.

59.     Wolo and Defendants have been, and are, engaged in the business of providing similar products to the same classes of customers, through the same and/or similar channels of trade.

60.     Upon information and belief, Defendants adopted and commenced use of Wolo's Mark on the Infringing Horn with the intent to deceive consumers and to cause confusion among purchasers for the purpose of benefitting from the goodwill and public recognition associated with Wolo's Mark and diverting sales from Wolo to Defendants.

61.     In addition to the copying of Wolo's Work and Mark, Defendants have also copied, offer for sale and/or sell a large portion of Wolo's product line, other written materials and Wolo's overall market presence, including Wolo's IP.

62.     Upon information and belief, it appears that Defendants are attempting to become an exact copy of Wolo, by copying, duplicating and/or utilizing Wolo's IP without spending the time and money to research or develop their own products or to establish Defendants' own reputation and goodwill.

## COUNT I
## COPYRIGHT INFRINGEMENT

63.     Wolo repeats and realleges each of the allegations made in the preceding paragraphs as if set forth fully herein.

64. Wolo is the owner of the Work, which constitutes original and copyrightable subject matter under the copyright laws of the United States, and Wolo has duly complied with all of the relevant provisions of Title 17 of the United States Code with respect thereto.

65. Wolo has duly requested and secured from the Register of Copyrights a Certificate of Registration for the Work, namely the Copyright Registration annexed hereto at Exhibit 1.

66. Defendants have infringed Wolo's Copyright in and to the Work embodied in the Copyright Registration, by copying, publishing and displaying the Work and/or photographs, text, and/or two-dimensional artwork which are identical and/or substantially similar to the Work on the Vixen Website, Tronics Website, Aftak Website and various Amazon.com and Jet.com postings, all in violation of Title 17 of the United States Code.

67. Upon information and belief, Defendants' conduct and infringement of Wolo's rights have been willful and deliberate.

68. Upon information and belief, Defendants' unlawful actions have interfered with Wolo's sales of its products and accessories, have unfairly diverted revenue to Defendants and have caused Wolo monetary damage.

69. The acts of Defendants have caused irreparable harm and damage to Wolo and will continue to cause irreparable harm to Wolo, and have caused Wolo to suffer monetary damage in an amount thus far not determined.

70. Wolo has no adequate remedy at law for the injury alleged in this count, and said injury is, in part, intangible in nature and not capable of being fully measured or valued entirely in terms of monetary damages.

71.     Upon information and belief, Defendants will continue to infringe Wolo's rights unless enjoined by this Court.

72.     Based upon Defendants' acts of infringement, Wolo is entitled to injunctive relief, monetary damages, and its costs and fees.

## COUNT II
## COPYRIGHT INFRINGEMENT

73.     Wolo repeats and realleges each of the allegations made in the preceding paragraphs as if set forth fully herein.

74.     In addition to the Work, Wolo owns other rights in and to numerous other copyrighted works (the "Other Works").

75.     Upon information and belief, Defendants have infringed Wolo's copyright in and to the Other Works, by copying, publishing and displaying photographs, text, and/or two-dimensional artwork which are identical and/or substantially similar to the Other Works, on other Amazon.com and Jet.com posting and/or other websites associated with and/or owned by Defendants, all in violation of Title 17 of the United States Code.

76.     The full nature and extent of Defendants' copying is not currently known to Wolo, and Wolo seeks leave to amend its Complaint against Defendants to include all instances of copyright infringement when Wolo learns of the full nature and extent of Defendants' copying through the discovery process.

## COUNT III
## TRADEMARK INFRINGEMENT and FALSE DESIGNATION OF ORIGIN
## (LANHAM ACT § 43(a))

77.     Wolo repeats and realleges each and every allegation contained in the prior paragraphs hereto, and the same are incorporated herein and made a part hereof.

12

78.     Wolo is the owner in and to the Mark.

79.     The Mark is inherently distinctive.

80.     The Mark has acquired distinctiveness and a secondary meaning.

81.     The Mark is a strong trademark based on both its inherent and commercial strength.

82.     Defendants' use of  the Mark on the Infringing Horn creates a likelihood of confusion with Wolo, Wolo's Mark, and Wolo's goods offered and sold in connection with the Mark.

83.     The use of the Mark on the Infringing Horn is identical to and confusingly similar with the Mark.

84.     Wolo's goods and services are offered, sold, distributed, furnished and/or advertised to the same or similar classes of purchasers as Defendants' goods and services.

85.     Upon information and belief, Defendants were aware of Wolo and of Wolo's use of its Mark prior to the time Defendants selected and commenced use of Wolo's Mark on the Infringing Horn.

86.     Upon information and belief, based upon, without limitation, the similarity of Wolo's Mark and the Infringing Horn, and Defendants' prior knowledge of Wolo and Wolo's use of its Mark, Defendants adopted and used Wolo's Mark with the intent to cause confusion among consumers and with the purpose of benefitting from Wolo's reputation and goodwill, and Defendants' conduct constitutes willful trademark infringement and unfair competition.

87.     The acts and conduct of Defendants are willful, unfair, untrue and deceptive, in that they intend to mislead, deceive and confuse, and have had and continue to have the result of misleading, deceiving and confusing the public to believe that Defendants, Defendants' goods,

and/or the Infringing Horn are affiliated with, sponsored or controlled by Wolo.   As a consequence, Defendants attempt to trade upon, and gain public acceptance and other benefits from Wolo's favorable reputation, which has accordingly, been placed at risk by Defendants' illegal acts and conduct.

88.     The acts of Defendants constitute infringement of the Mark, and the use of a false designations of origin, false representations, and unfair competition, by inducing the erroneous belief that Defendants, Defendants' goods, and/or the Infringing Horn are in some manner affiliated with, originate from, and/or are sponsored by Wolo, and by misrepresenting the nature and/or origin of Defendants' goods, are all in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).

89.     The acts of Defendants have caused irreparable harm and damage to Wolo and will continue to cause irreparable harm to Wolo, and have caused and will continue to cause Wolo to suffer monetary damage in an amount thus far not determined.

90.     Wolo has no adequate remedy at law for the injury alleged in this count, and said injury is, in part, intangible in nature and not capable of being fully measured or valued entirely in terms of monetary damages.

91.     Notwithstanding the inadequacy of and the difficulty of presently fully ascertaining Wolo's monetary damages caused by Defendants' wrongful conduct, Wolo is informed and believes and, based upon such information and belief, alleges that said conduct has resulted in irreparable, direct and proximate damages to Wolo.   Wolo seeks leave of this Court to amend its complaint to allege the full nature and extent of said monetary damages if, when and to the extent the damages are ascertained.

## COUNT IV
## <u>FEDERAL UNFAIR COMPETITION (LANHAM ACT § 43(a))</u>

92.     Wolo repeats and realleges each and every allegation contained in the prior paragraphs hereto, and the same are incorporated herein and made a part hereof.

93.     Wolo has expanded large amounts of time and money to build up the notoriety, reputation and goodwill of Wolo, its trademarks and copyrights, including the Mark and the Work, and invested considerable amounts of resources in developing its products.

94.     Wolo continuously utilizes Wolo's IP during the course of its everyday business, and the aggregate use and combination of Wolo's IP has resulted in Wolo's IP becoming a single source of identification for Wolo.

95.     Defendants, without authorization from Wolo, and without spending a reasonable and fair amount of time and money to establish Defendants' own reputation and goodwill separate and apart from Wolo, are using Wolo's IP, and/or a combination thereof,  constituting unfair competition in violation of the Lanham Act.

96.     Defendants' use of Wolo's IP is causing, and/or is likely to cause, confusion, mistake, or to deceive as to the affiliation, connection, or association of Defendants with Wolo, or as to the origin, sponsorship, or approval of Defendants' goods and/or commercial activities by Wolo.

97.     Wolo's goods and services are offered, sold, distributed, furnished and/or advertised to the same or similar classes of purchasers as Defendants' goods and services.

98.     Upon information and belief, Defendants were aware of Wolo and of Wolo's IP prior to the time Defendants selected and commenced use of Wolo's IP, and/or combinations thereof.

99.     Upon information and belief, based upon, without limitation, the similarity of Defendants' websites, products and/or materials and Wolo's IP, and Defendants' prior knowledge of Wolo and Wolo's use of Wolo's IP, Defendants adopted and used Wolo's IP with the intent to cause confusion among consumers and with the purpose of benefitting from Wolo's reputation and goodwill, constituting a false designation of origin and unfair competition.

100.     The acts and conduct of Defendants are willful, unfair and deceptive, in that they intend to mislead, deceive and confuse, and have had and continue to have the result of misleading, deceiving and confusing the public to believe that Defendants and/or Defendants' goods are affiliated with, sponsored or controlled by Wolo.  As a consequence, Defendants attempt to trade upon, and gain public acceptance and other benefits from Wolo's favorable reputation, which has accordingly, been placed at risk by Defendants' illegal acts and conduct.

101.     The acts of Defendants constitutes the use of a false designations of origin, false representations, and unfair competition, by inducing the erroneous belief that Defendants and/or Defendants' are in some manner affiliated with, originate from, and/or are sponsored by Wolo, and by misrepresenting the nature and/or origin of Defendants' goods, are all in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).

102.     The acts of Defendants have caused irreparable harm and damage to Wolo and will continue to cause irreparable harm to Wolo, and have caused and will continue to cause Wolo to suffer monetary damage in an amount thus far not determined.

103.     Wolo has no adequate remedy at law for the injury alleged in this count, and said injury is, in part, intangible in nature and not capable of being fully measured or valued entirely in terms of monetary damages.

104.     Notwithstanding the inadequacy of and the difficulty of presently fully

ascertaining Wolo's monetary damages caused by Defendants' wrongful conduct, Wolo is

informed and believes and, based upon such information and belief, alleges that said conduct has

resulted in irreparable, direct and proximate damages to Wolo.  Wolo seeks leave of this Court to

amend its complaint to allege the full nature and extent of said monetary damages if, when and to

the extent the damages are ascertained.

## COUNT V
## TRADEMARK INFRINGEMENT AND DILUTION
## AND DECEPTIVE ACTS AND PRACTICES

105.    Wolo repeats and realleges each allegation contained in the prior paragraphs

hereto and the same are incorporated herein and made a part hereof.

106.    The foregoing acts of Defendants constitute willful, deceptive acts and practices

in the conduct of business, trade and/or commerce, in violation of New York Gen. Bus. Law §

349, for which Wolo is entitled to injunctive relief, actual damages, treble damages, punitive

damages, attorneys' fees, and costs.

107.    The forgoing acts of Defendants will create a likelihood of injury to the public

image and business reputation of Wolo, in that the public will likely associate Defendants goods

with Wolo's goods, and cause the dilution of the distinctive quality of Wolo's Mark and Wolo's

IP, in violation of New York Gen. Bus. Law § 360-l, for which Wolo is entitled to injunctive

relief.

108.    The foregoing acts of Defendants were calculated and designed intentionally to

mislead and deceive the public and trade as to the identity of Defendants or as to the connection

of Defendant with Wolo, in violation of New York Gen. Bus. Law § 133, for which Wolo is

entitled to injunctive relief.

## COUNT VI
## COMMON LAW INFRINGEMENT AND UNFAIR COMPETITION

109.    Wolo repeats and realleges each allegation contained in the prior paragraphs hereto and the same are incorporated herein and made a part hereof.

110.    The acts of Defendants constitute trademark infringement and unfair competition in violation of the common law of the State of New York.

111.    Upon information and belief, Defendants have intentionally appropriated Wolo's Mark and Wolo's IP with the intent of causing confusion, mistake and deception as to the source of Defendants' goods, with the intent to pass-off their goods as those of Wolo, and the bad faith intent to take advantage of Wolo's reputation, good will, and efforts and expenditures, and as such, Defendants have committed unfair competition in violation of the common law of the State of New York.

112.    The foregoing acts of Defendants have created a likelihood of confusion between Defendants and Wolo and/or Defendants' products and Wolo's Products.

113.    The foregoing acts of Defendants have injured and will continue to injure Wolo, by depriving it of sales of its genuine goods, by injuring its business reputation, and by passing off Defendants' goods as Wolo's genuine goods, all in violation of the common law of the State of New York.

114.    Defendants' acts have caused irreparable harm and damage to Wolo and have caused Wolo monetary damage in an amount Wolo has not yet determined, for which Wolo is entitled to its actual damages, Defendants' profits, punitive damages, attorneys' fees and costs.

115.    Wolo has no adequate remedy at law.

## JURY DEMAND

Wolo demands a trial by jury on all issues.

**WHEREFORE**, Wolo demands judgment against Defendants in the form of an Order:

A.     Providing that Defendants' conduct serves to infringe Wolo's Copyright in the Work, in violation of 17 U.S.C. § 101 et seq.

B.     Directing Defendants to account for all gains, profits, and other benefits derived as a result of its infringement of the Copyright in the Work;

C.     Granting judgment for Wolo in an amount of the greater of the following: (a) the actual damages suffered by Wolo as a result of the above-described infringement and any additional profits of Defendants, or (b) for each infringement found by the Court, the statutory damages provided for under Section 504(c) of Title 17, United States Code, including the maximum allowable statutory damages for willful infringement;

D.     An injunction permanently and perpetually restraining and enjoining the Defendant Entities, their officers, deputies, agents, employees, representatives, and other persons in concert or participation therewith, including without limitation Defendant Feldman, from infringing in any respect the Copyright in the Work;

E.     Providing that Defendants' and/or their agents, officers, directors, servants, employees, attorneys, successors and assigns, and/or all others in active concert or participation with Defendants be ordered and required to remove and any and all portions of the Work from any and all websites and/or online posting and/or offerings that are owned and/or operated by Defendants jointly and/or severally;

F.      Providing that Defendants' conduct serves to infringe Wolo's Mark, falsely designate the origin of Defendants' goods and services, falsely describe such goods, and unfairly compete with Wolo, all in violation of Lanham Act § 43(a), 15 U.S.C. § 1125.

G.      Providing that  Defendants' conduct constitutes willful, deceptive acts and practices in the conduct of business, trade and/or commerce, in violation of New York Gen. Bus. Law § 349;

H.      Providing that Defendants' conduct will create a likelihood of dilution and injury to Wolo's business reputation in violation of New York Gen. Bus. Law §§ 360-l.

I.      Providing that Defendants used Wolo's Mark and/or Wolo's IP with the intent to cause confusion and to deceive the public in violation of New York Gen. Bus. Law. § 133.

J.      Providing that Defendants have injured Wolo by depriving it of sales of its genuine goods and services, by injuring its business reputation, and by passing off Defendants' goods as Wolo's goods and/or created a likelihood of confusion and/or false designation of origin, all in violation of the common law of the State of New York.

K.      Providing that Defendants and their agents, officers, directors, servants, employees, attorneys, their successors and assigns, and all others in active concert or participation with Defendants be preliminarily and permanently enjoined from directly or indirectly:

> a.   Using Wolo's Mark, any confusingly similar mark, or any other marks which are similar to or are colorable imitations of Wolo's Mark, alone or as a part of, or together with, any other designs, word or words, trademark, service mark, trade name, trade dress or other business or commercial designation or any logo, symbol or design;

b.  Committing any act which, in and of itself, or from the manner or under the circumstances in which it is done amounts to false designation of origin, false description or false representation of Defendants' goods and services; and

c.  Otherwise unfairly competing with Wolo or committing dilution or infringement of Wolo's rights.

L.  Providing that the Court issue an Order directing Defendants to file with the Court and serve on Wolo, within thirty (30) days after the service on Defendants of such injunctions, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction.

M.  That the Court award judgment in favor of Wolo for the damages sustained by Wolo and for Defendants' profits, as a result of Defendants' wrongful conduct.

N.  That the Court award judgment in favor of Wolo in the amount of treble damages.

O.  That the Court award judgment against Defendants for the full costs of this action, including reasonable attorneys' fees.

P.  That the Court award to Wolo punitive damages sufficient to deter Defendants from committing such willful acts of infringement in the future.

Q.  For interest on all amounts found to be due to Wolo from Defendants, at the prevailing rate, from the date said amounts or any part thereof became or become due.

R.  That the Court require Defendants to notify their respective commercial associates, suppliers and customers of this Order.

S.  That the Court order such other, further and different relief as the nature of this action may require and that the Court may deem just and proper.

T. That the Court retain jurisdiction of this action for the purpose of enabling Wolo to apply to the Court, at any time, for such further orders and directions as may be necessary or appropriate for the interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

Dated: Scarsdale, New York
      September 12, 2017

Respectfully submitted,

**LACKENBACH SIEGEL LLP**

By:      */s/ Robert Golden*

Robert B. Golden (RG 6157)
Jeffrey M. Rollings (JR 6940)
One Chase Road
Lackenbach Siegel Bldg., Penthouse Fl.
Scarsdale, New York 10583
Phone (914) 723-4300
Fax  (914) 723-4301
RGolden@LSLLP.com
JRollings@LSLLP.com
*Attorneys for Wolo Manufacturing Corp.*

# **<u>Exhibit 1</u>**

To Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-391-412

**Effective Date of Registration:**
August 21, 2017

## Title

**Title of Work:** Model 853 Philly Express Train Horn

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 31, 2008
**Nation of 1st Publication:** United States

## Author

• **Author:** Wolo Manufacturing Corp.
**Author Created:** text, artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Wolo Manufacturing Corp.
1 Saxwood Street, Deer Park, NY, 11729, United States

## Rights and Permissions

**Organization Name:** Lackenbach Siegel LLP
**Name:** Robert B. Golden
**Email:** rgolden@lsllp.com
**Telephone:** (914)723-4300
**Address:** One Chase Road
Lackenbach Siegel Bldg., Penthouse Fl.
Scarsdale, NY 10583 United States

## Certification

**Name:** Robert B. Golden
**Date:** August 21, 2017
**Applicant's Tracking Number:** WOLOM.GEN

# INSTALLATION INSTRUCTIONS
## FOR MODEL 853 PHILLY EXPRESS TRAIN HORN

Your purchase of a Philly Express Train Horn is the perfect choice to compliment your vehicle. Wolo's products are manufactured with the finest materials. Each horn is tested to insure it meets all manufacturing specifications, before it is packaged. If you need help installing your new Wolo horn, our technicians are available to answer your questions, Monday thru Friday, 9 AM to 4 PM EST at 1-888-550-HORN (4676).

## HORN INSTALLATION (Fig. A)

1. Locate a mounting location that is a solid metal surface such as the vehicle's frame or chassis to help prevent excessive vibration, which could damage the horn. **IMPORTANT:** Do not mount horn on a plastic fender well or flexible material. For best results, the front of the horn should be unobstructed so that the sound can carry straight ahead.
2. Use the base of the horn as a template, mark the hole locations and drill to size.
3. Place the gasket between the mounting surface and the base of the horn.
4. Secure the horn with the hardware provided and tighten evenly.



## HOSE INSTALLATION (Fig. B)

5. Use 1/4" O.D. plastic hose (not provided), cut to size in order to connect the horn's electric solenoid valve to the tank of the vehicle's high pressure on-board air system.
6. Place the brass nut onto the end of the air hose. Push the hose onto the male inlet fitting located on the electric solenoid valve.
7. Thread brass nut onto the male fitting and tighten. **CAUTION:** Do not over tighten brass nut.
8. Connect the other end of the hose to the vehicle's on-board air tank. Make sure that the on-board air system has no pressure before attempting to connect hose to tank. **IMPORTANT**: NEVER INSTALL THE HORN TO AN AIR TANK THAT CONTROLS THE AIR BRAKES OR ANY OTHER CRITICAL OPERATING SYSTEM.



## ELECTRIC VALVE WIRING (Fig. C)

9. Connect one (1) wire from the electric valve to the positive (+) battery terminal, alternator, etc. Always protect this circuit with a three (3) amp fuse (not included).
10. Connect the other wire of the electric solenoid valve to the horn switch (not included).
11. Connect the horn switch's other terminal to ground, any metal body bolt that is clean of paint and rust.



### Warranty

Wolo Manufacturing Corporation ("Wolo") warranties to the original purchaser, for three months from the date of purchase, that this product is free from defects in workmanship and materials. If there is such a proven defect, Wolo, at its option, will either repair or replace the item free of charge, if it is returned to Wolo within three months from the date of purchase together with proof of purchase as described below. Wolo reserves the right to inspect any defect prior to settling any warranty claim by repair or replacement. This warranty is limited as above provided and Wolo will not be responsible for fire or other casualty or accident, due to neglect, abuse, abnormal use, modifications, faulty installation of this product, or natural causes.

ANY EXPRESSED WARRANTY NOT PROVIDED HEREIN IS EXCLUDED AND DISCLAIMED. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY LIMITED TO A TERM OF THREE (3) MONTHS. UNDER NO CIRCUMSTANCES SHALL WOLO BE LIABLE TO PURCHASER OR ANY OTHER PERSON FOR ANY SPE-CIAL OR CONSEQUENTIAL DAMAGES, WHETHER ARISING OUT OF BREACH OF WARRANTY OR OTHERWISE.

To obtain warranty service, return the product prepaid, and include the original bill of sale showing the date of purchase. Provide with the return a brief description of the problem. Also, include with the return a check or money order in the amount of $10.00 to cover return shipping. Mail to:

**Wolo Manufacturing Corp.**
**One Saxwood Street, Deer Park, NY 11729**
**Attn: Warranty Service**
**E-mail: tech@wolo-mfg.com**

© 2008 Wolo Mfg. Corp. All Rights Reserved

# <u>Exhibit 2</u>

To Complaint



# **Exhibit 3**

To Complaint





### Before Getting Started
Read over the entire instruction guide before beginning with installation.
Vixen Horns highly recommends professional installation for this product.

### Kit Contents:
• Chrome Plated Trumpets
• 1/4" NPT 12v Electric Valve (Solenoid) with compression fitting
• 1/4" OD Plastic Hose
• Mounting Hardware

> **IMPORTANT**: This horn uses 12 volt DC components. Only install it to a 12 volt DC power source.

### Important Safety Instructions
**CAUTION: To prevent the risk of electrical shock or electrocution:**
▪ Do not disassemble any electrical components of this horn.
▪ Do not touch any part of the compressor with your bare hands during or immediately after use.
▪ Do not operate any component where it can fall or be submerged into water.
▪ Do not reach for or touch any component that has fallen or been submerged into water.
▪ Use only in well ventilated areas.
▪ Do not sound the air horn in close proximity to another person's or your own ear(s).

### Safety During Installation
▪ Disconnect the ground of your battery before beginning your installation.
▪ Use eye protection when operating drills.

### Trumpet Mounting FIG. #1
1. Locate a mounting area that is a solid metal surface such as the vehicle's frame or chassis to help prevent excessive vibration that could damage the horn.
**IMPORTANT**: Do not mount horn on a plastic fender well or any flexible material. For best results, the front of the horn should be unobstructed so that the sound can carry straight ahead.
2. Use bracket as a template, mark the hole locations and drill to size.
3. Secure the horn with the hardware provided and tighten evenly.



**FIG. #1**



**FIG. #2**

ELECTRIC VALVE

MALE FITTING

BRASS NUT

HOSE

### Plastic Tubing Installation FIG. #2
4. Using provided 1/4" plastic hose connect the horn's electric solenoid valve to your existing onboard air system.
5. Place the brass nut onto one end of the air hose. Push the tube onto the male inlet fitting located on the electric solenoid valve.
6. Thread brass nut onto the inlet fitting and tighten.
7. Get the other end of the hose and place the air tank fitting's brass nut onto it. Push the hose onto the tank's male fitting and tighten the brass nut.
**CAUTION: Do not over tighten brass nut.**
Make sure that the onboard air system has no pressure before attempting to connect hose to the tank.



**INSTALLATION INSTRUCTIONS**
**VXH4114**

### Wiring the Electric Valve FIG. #3

8. Connect one (1) wire from the electric valve to the positive (+) battery terminal or alternator, etc. We recommend using a 3-ampere fuse (not included) to protect the circuit.

9. Connect the other wire of the electric solenoid valve to the horn switch.

10. Connect the horn switch's other terminal to the ground or any metal body bolt that is clean of paint and rust.

**FIG. #3**





# INSTALLATION INSTRUCTIONS
### VXH4114B



**Before Getting Started**
Read over the entire instruction guide before beginning with installation.
Vixen Horns highly recommends professional installation for this product.

**Kit Contents:**
• Quad Black Painted Trumpets
• 1/4" NPT 12v Electric Valve (Solenoid) with compression fitting
• 1/4" OD Plastic Hose
• Mounting Hardware

> **IMPORTANT**: This horn uses 12 volt DC components. Only install it to a 12 volt DC power source.

**Important Safety Instructions**
**CAUTION: To prevent the risk of electrical shock or electrocution:**
▪ Do not disassemble any electrical components of this horn.
▪ Do not touch any part of the compressor with your bare hands during or immediately after use.
▪ Do not operate any component where it can fall or be submerged into water.
▪ Do not reach for or touch any component that has fallen or been submerged into water.
▪ Use only in well ventilated areas.
▪ Do not sound the air horn in close proximity to another person's or your own ear(s).

**Safety During Installation**
• Disconnect the ground of your battery before beginning your installation.
• Use eye protection when operating drills.

**Trumpet Mounting FIG. #1**
1. Locate a mounting area that is a solid metal surface such as the vehicle's frame or chassis to help prevent excessive vibration that could damage the horn.
**IMPORTANT:** Do not mount horn on a plastic fender well or any flexible material. For best results, the front of the horn should be unobstructed so that the sound can carry straight ahead.
2. Use bracket as a template, mark the hole locations and drill to size.
3. Secure the horn with the hardware provided and tighten evenly.



**FIG. #1**



ELECTRIC VALVE

**FIG. #2**

MALE FITTING

BRASS NUT

HOSE

**Plastic Tubing Installation FIG. #2**
4. Using provided 1/4" plastic hose connect the horn's electric solenoid valve to your existing onboard air system.
5. Place the brass nut onto one end of the air hose. Push the tube onto the male inlet fitting located on the electric solenoid valve.
6. Thread brass nut onto the inlet fitting and tighten.
7. Get the other end of the hose and place the air tank fitting's brass nut onto it. Push the hose onto the tank's male fitting and tighten the brass nut.
**CAUTION: Do not over tighten brass nut.**
Make sure that the onboard air system has no pressure before attempting to connect hose to the tank.



**INSTALLATION INSTRUCTIONS**
**VXH4114B**

### Wiring the Electric Valve FIG. #3

8. Connect one (1) wire from the electric valve to the positive (+) battery terminal or alternator, etc. We recommend using a 3-ampere fuse (not included) to protect the circuit.

9. Connect the other wire of the electric solenoid valve to the horn switch.

10. Connect the horn switch's other terminal to the ground or any metal body bolt that is clean of paint and rust.

**FIG. #3**



# **Exhibit 4**

To Complaint

Case 2:17-cv-05333-LDW-SIL   Document 1   Filed 09/12/17   Page 36 of 58 PageID #: 36

🛒 **FOR PURCHASING** please visit hookedontronics.com

    



HOME          PRODUCTS          BLOG          ABOUT          ⌄

SUPPORT ⌄          AUTHORIZED DEALERS

Home   |   Products   |   Train Horns   |   Horns   |

VIXEN HORNS VXH4114 FOUR TRUMPET TRAIN AIR HORN CHROME





FEATURED

Case 2:17-cv-05333-LDW-SIL　Document 1　Filed 09/12/17　Page 37 of 58 PageID #: 37



HORNS

# VIXEN HORNS VXH4114 FOUR TRUMPET TRAIN AIR HORN CHROME

SKU: VXH4114
Tag: Air Horns

Color: Chrome, Sound Output: 149dB, Operating pressure: 60-150 psi, Construction: Metal, 12V Electric Air Valve (solenoid), 1/4" OD Nylon Plastic Hose (6 Feet), Mounting Hardware Included



ADD TO COMPARE

**DESCRIPTION**　　ADDITIONAL INFORMATION　　REVIEWS (0)

Case 2:17-cv-05333-LDW-SIL Document 1 Filed 09/12/17 Page 38 of 58 PageID #: 38

Four Metal Trumpets Air Horn. Will produce a Loud Powerful Sound at 149dB. All the trumpets are chrome plated metal, with a black painted base. Great for Car, Truck, SUV, RV, Boat. Comes with a 12 volt electric valve (solenoid), mounting hardware, 6 ft. 1/4" OD high pressure hose and installation instructions.

- Four Trumpet Train Air Horn
- Color: Chrome
- Sound Output: 149dB
- Operating pressure: 60-150 psi
- 12V Electric Air Valve (solenoid)
- Construction: Metal
- 1/4" OD Nylon Plastic Hose (6 Feet)
- Mounting Hardware Included
- Dimensions:
  - Trumpets: 13-3/4" L, 11-1/2" L, 9-1/4" L, 7-3/4" L x 3-3/4" D
  - Overall: 14" L x 6-3/4" W x 6-1/2" H

Note: Onboard Air System Required

## RELATED PRODUCTS

‹  ›



Horns

VIXEN HORNS VXH11...



Horns

VIXEN HORNS VXH34...



Horns

VIXEN H...

■ **CATEGORIES**

TRAIN HORNS

    Horns

    Compressors

    Air Tanks

    Horns/Compressor

    Full Systems

MUSICAL HORNS

ELECTRIC HORNS

SIRENS & PA

    Electrical

    Hand Operated

    Megaphones

    Speakers

ACCESSORIES

    Pressure Gauges

    Solenoids

    Pressure Switches

    Safety Valves

    Drain Valves

■ **NEW PRODUCTS**



Full Systems

VIXEN HORNS LOUD VXO8115/4124C
149DB 4/QUAD CHROME TRUMPET...

# **Exhibit 5**

To Complaint

Case 2:17-cv-05333-LDW-SIL Document 1 Filed 09/12/17 Page 41 of 58 PageID #: 41



**HookedOnTronics**



[Search]    Advanced Search

| Home | Search | My Account | Shopping Cart | Why Shop With Us? | Info & Support | F.A.Q | Privacy | Contact Us | Testimonials |

Shop By Brand ▶

Shop By Category ▶

**Categories**

- Car Audio & Video
- Horns & Sirens
- Air Suspension
- Home Theater
- Cables/Connectors
- Marine
- Camcorders & Still
- Portables
- Cell Phones
- DJ Equipment
- Blank Media
- Outlet Superstore
- GPS
- Telecom
- Outdoors
- Computer Hardware
- Home Appliances
- Home Lighting
- Office Equipment
- Security
- Mattresses
- Tools
- Health Care






Home ▶ Horns & Sirens ▶ Train Horns ▶ Horns ▶ VIXEN HORNS VXH4114



**VXH4114 Four Trumpet Train Air Horn**

Color: Chrome, Sound Output: 149dB, Operating pressure: 60-150 psi, Construction: Metal, 12V Electric Air Valve (solenoid), ¼" OD Nylon Plastic Hose (6 Feet), Mounting Hardware Included

List price: ~~$129.95~~
Your price: $56.95
You save: $73.00 (56%)
Now in stock.
Usually ships the same day

Free Shipping

[Wish List]

⭐⭐⭐⭐⭐
Total Reviews: 0

 **ADD TO CART**

 Similar Products    Comparison Chart

**Features** | Specifications | Photos | Reviews | Warranty | Shipping

Four Metal Trumpets Air Horn. Will produce a Loud Powerful Sound at 149dB. All the trumpets are chrome plated metal, with a black painted base. Great for Car, Truck, SUV, RV, Boat. Comes with a 12 volt electric valve (solenoid), mounting hardware, 6 ft. 1/4" OD high pressure hose and installation instructions.

- Four Trumpet Train Air Horn
- Color: Chrome
- Sound Output: 149dB
- Operating pressure: 60-150 psi
- 12V Electric Air Valve (solenoid)
- Construction: Metal
- 1/4" OD Nylon Plastic Hose (6 Feet)
- Mounting Hardware Included
- Dimensions:
  - Trumpets: 13-3/4" L, 11-1/2" L, 9-1/4" L, 7-3/4" L x 3-3/4" D
  - Overall: 14" L x 6-3/4" W x 6-1/2" H

Note: Onboard Air System Required

 PLAY SAMPLE SOUND     DOWNLOAD MANUAL

**Shopping Cart Summary**

Your cart is empty

▶ Proceed to Checkout



We Ship Worldwide



 BOOKMARK
SHARE

**Special Discount Coupon** ✕

Hello,
Here is an extra 2.5% discount coupon for you. This is a limited time offer so act NOW!
Click to insert coupon Z51012807515 automatically.

No Thanks, Maybe later.

**Why Shop With Us?**

- About Us
- Customer Testimonials
- Low Prices
- Quick Shipping
- Satisfaction Guarantee
- Variety of Payment Methods



"We want to serve you!"

Shopping.com Trusted Store

cnet CNET CERTIFIED STORE

PriceGrabber.com Merchant Rating ★★★★★

PayPal VERIFIED

VISA MasterCard AMERICAN EXPRESS

# **Exhibit 6**

To Complaint

My Account | Shopping Cart
Search
Advanced Search

Home | Advanced Search | My Account | Shopping Cart | Information | Privacy | Contact Us

Shop by Brand
Categories
Mobile Electronics
Horns & Sirens
Air Suspension
Marine World
Home Theater
Cellular
Cables/Connectors
Portables
Pro Audio
Refurbished
Home Lighting
Mattresses

Information
Company Information
Becoming a dealer
Privacy Guarantee
Payment methods
Orders
Returns & Exchanges
Warranty Information
Drop Shipments
Shipping
Privacy

Home > Horns & Sirens > Train Horns > Horns > VIXEN HORNS VXH4114

VXH4114 Four Trumpet Train Air Horn

Color: Chrome, Sound Output: 149dB, Operating pressure: 60-150 psi, Construction: Metal, 12V Electric Air Valve (solenoid), ¼" OD Nylon Plastic Hose (6 Feet), Mounting Hardware Included

List price: $129.95
Now in stock.

Similar Products by Price | Compare to Similar Items

Features | Specifications | Photos | Warranty | Shipping

Four Metal Trumpets Air Horn. Will produce a Loud Powerful Sound at 149dB. All the trumpets are chrome plated metal, with a black painted base. Great for Car, Truck, SUV, RV, Boat. Comes with a 12 volt electric valve (solenoid), mounting hardware, 6 ft. 1/4" OD high pressure hose and installation instructions.

- Four Trumpet Train Air Horn
- Color: Chrome
- Sound Output: 149dB
- Operating pressure: 60-150 psi
- 12V Electric Air Valve (solenoid)
- Construction: Metal
- 1/4" OD Nylon Plastic Hose (6 Feet)
- Mounting Hardware Included
- Dimensions:
  - Trumpets: 13-3/4" L, 11-1/2" L, 9-1/4" L, 7-3/4" L x 3-3/4" D
  - Overall: 14" L x 6-3/4" W x 6-1/2" H

Note: Onboard Air System Required

PLAY SAMPLE SOUND | PDF DOWNLOAD MANUAL

Shopping Cart Summary
Your cart is empty
Proceed to Checkout

Please Sign-in
You are in a wholesale only web site.
Member/Dealer, please Sign-in.

Don't have an account yet?
Please Register here

Helpful Links
My Account
Shopping Cart
Manufacturer Info
Links & Resources
Information
Privacy
Email this page
Add to Favorites
Email sales dept

PayPal VERIFIED
VISA MasterCard AMERICAN EXPRESS
thawte SECURE SITE 128 bit SSL

Home | Search | My Account | Shopping Cart | Information | Privacy | Contact Us
Manufacturer Info | Links & Resources | Email this page | Add to Favorites
Contact sales dept. by email.
Copyright © 2000-2017 The AFTAK Corp.. All Rights Reserved.









# <u>Exhibit 7</u>

To Complaint

Case 2:17-cv-05533-LDW-SIL Document 1 Filed 09/12/17 Page 45 of 58 PageID #: 45



NEW & INTERESTING FINDS ON AMAZON  [EXPLORE]

**amazon**
Try Prime

Automotive Parts & Accessories ▾

EN ⊕ Hello, Eric
Account & Lists ▾ | Orders | Try Prime ▾ | 0 Cart

Deals in Back to School

Departments ▾ | Browsing History ▾ | Eric's Amazon.com

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾

Shop by vehicle: Year ▾ | Make ▾ | Model ▾ | Go          Your Garage (0) ▾

prime student          50% off Prime for College Students.          [LEARN MORE]

‹ Back to Vixen Horns store



Roll over image to zoom in

**Vixen Horns**

## Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114

★★★★☆ ▾ | 59 customer reviews
| 23 answered questions

Price: **$56.95** & FREE Shipping. Details

**Get $50 off instantly:** Pay $6.95 upon approval for the Amazon Rewards Visa Card.

✓prime | Try Fast, Free Shipping ▾

**In Stock.**
**Want it tomorrow, Aug. 31?** Order within **4 hrs 19 mins** and choose **One-Day Shipping** at checkout. Details
Sold by HookedOnTronics and Fulfilled by Amazon. Gift-wrap available.

Size: **4 Trumpets Stacked Two/Two - CH**

| 1 Trumpet Rectang + Weather Cover - CH |
| 1 Trumpet Rectg + Weather Cover + Light - CH |
| 1 Trumpet Round + Weather Cover + Light - CH |
| 1 Trumpet Round + Weather Cover - BK |
| 1 Trumpet Round + Weather Cover - CH |
| 1 Trumpet Round - BK | 1 Trumpet Round - CH |
| 3 Trumpets In-Line - BK | 3 Trumpets In-Line - CH |
| 3 Trumpets Stacked Two/One - BK |
| 3 Trumpets Stacked Two/One - CH |
| 4 Trumpets Stacked Two/Two - BK |
| **4 Trumpets Stacked Two/Two - CH** |

- This product requires an Onboard Air System
- Color: Chrome, Sound Output: 142dB
- 12V Electric Air Valve (solenoid)
- 1/4 inch OD Nylon Plastic Hose (6 Feet)
- Mounting Hardware Included
- ❯ See more product details

**Used & new** (2) from $45.02 & FREE shipping. Details

Share ✉ f 𝕏 𝕻

○ **Buy new:** $56.95

Qty: 1 ▾

[Add to Cart]

Turn on 1-Click ordering for this browser

**Ship to:**
Eric Menist- Scarsdale - 10583 ▾

○ **Buy used:** $45.02

[Add to List]

**Other Sellers on Amazon**

**Used & new** (2) from $45.02 & FREE shipping. Details

Have one to sell? [Sell on Amazon]



Your HID & LED Lighting Specialist

XtremeVision® AC 55W HID Xenon Conversion Kit with Premium Slim Ball...

★★★½☆ 62

$44.99 ✓prime

Ad feedback 💬



💬 Report incorrect product information.



College student? Get FREE shipping and exclusive deals    **LEARN MORE**

**Get a $5 credit with Alexa. "Alexa, order a $25 gift card."**
Ask Alexa to order $25 gift card and get an extra $5. Restrictions apply. Learn more

## Frequently bought together



Total price: **$90.96**

[Add all three to Cart]

[Add all three to List]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114  $56.95

☑ Kleinn Air Horns 318 Detonator with Red Push Button $10.76

☑ Kleinn Air Horns 307 Vortex 4 12-Volt Air Horn Solenoid Valve $23.25

## Sponsored products related to this item  (What's this?)

Page 1 of 22

    

| Wolo (619) Big Bad Max Air Horn - 12 Volt | Viking Horns V410W Loud 115 Decibels With Single White Trumpet Electric Horn for… | Vixen Horns Loud 135dB 3/Triple Black Trumpet Train Air Horn with 1.5 Gallon Tank and 150… | LAMPHUS SoundAlert SAAH75 SASP03 100W Electronic Air Horn Kit for Trucks Cars (118… | Viking Horns V400-S Loud marine and boa stainless steel dual trumpet electric horn |
| ⭐⭐⭐½☆ 383 | ⭐⭐⭐⭐⭐ 1 | ⭐⭐⭐⭐½ 4 | ⭐⭐⭐⭐☆ 16 | ⭐⭐⭐⭐☆ 13 |
| $40.93 ✓prime | $49.95 ✓prime | $157.95 | $79.99 ✓prime | $78.50 |

Ad feedback 💬

## Customers who bought this item also bought

Page 1 of 12

    

| Kleinn Air Horns 318 Detonator with Red Push Button | Kleinn Air Horns 307 Vortex 4 12-Volt Air Horn Solenoid Valve | Viair 90007 Air Source Relocation Kit | 1/4" OD x 50' SAE J844 Nylon Air Brake Tubing Suspenion Horn Train Lowrider | Vixen Horns 120-150 Air Pressure Switch T Mount Type 1/4" NPT 12V/24V for Train/Ai |
| ⭐⭐⭐½☆ 15 | ⭐⭐⭐⭐☆ 40 | ⭐⭐⭐⭐☆ 32 | ⭐⭐⭐⭐⭐ 51 | ⭐⭐⭐⭐☆ 44 |
| $10.76 ✓prime | $23.25 ✓prime | $18.14 ✓prime | $17.83 | $8.95 ✓prime |

## Special offers and product promotions

Size: 4 Trumpets Stacked Two/ Two - CH

8/30/2017 Amazon.com: Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05930-LDW-SIL Document 1 Filed 09/12/17 Page 47 of 58 PageID #: 47

- Your cost could be $6.95 instead of $56.95! Get a $50 Amazon.com Gift Card instantly upon approval for the Amazon Rewards Visa Card Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product information

Size:**4 Trumpets Stacked Two/Two - CH**

### Technical Details

| Brand | Vixen Horns |
|---|---|
| Model | VXH4114 |
| Item Weight | 4.8 pounds |
| Package Dimensions | 16.5 x 9 x 9 inches |
| Item model number | VXH4114 |
| Manufacturer Part Number | VXH4114 |

### Technical Specification

User Manual [pdf ]

### Additional Information

| ASIN | B015QBV88A |
|---|---|
| Customer Reviews | ★★★★☆ ▾  59 customer reviews  4.1 out of 5 stars |
| Best Sellers Rank | #35,108 in Automotive (See top 100)  #24 in Automotive > Exterior Accessories > Horns & Accessories > Air Horns  #1,539 in Automotive > Replacement Parts > Lighting & Electrical > Electrical |
| Shipping Weight | 4.8 pounds (View shipping rates and policies) |
| Date First Available | November 20, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Related Video Shorts



Customer Review: SUPER LOUD LOUDER



Customer Review: Neither a 'big rig' nor



Customer Review: My husband loves it!!

## Product description

Size:**4 Trumpets Stacked Two/ Two - CH**

Four Metal Trumpets Air Horn. Will produce a Loud Powerful Sound at 149dB. All the trumpets are chrome plated metal, with a black painted base. Great for Car, Truck, SUV, RV, Boat. Comes with a 12 volt electric valve (solenoid), mounting hardware, 6 ft. 1/4" OD high pressure hose and installation instructions. Four Trumpet Train Air Horn Color: Chrome Sound Output: 149dB Operating pressure: 60-150 psi Construction: All metal, with chrome plated trumpets Air Valve: 12 volt electric solenoid Mounting Hardware Included Horn Size: 13-3/4", 11-1/2", 9-1/4", 7-3/4" with 3-3/4" diameter each Note: Onboard Air System Required

8/30/2017 Amazon.com: Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05535-LDW-SIL   Document 1   Filed 09/12/17   Page 48 of 58 PageID #: 48

From the manufacturer





View larger



View larger

Vixen Horns offers the most comprehensive line of air horns, sirens and air accessories. Our quality engineered components have become the industry standard for 12-volt and 24-volt automotive aftermarket applications worldwide.

Our goal is to consistently deliver performance, reliability and value to our customers; providing the ultimate Sound Source at the best price.

## Marine Grade Electric Train Horn 12V

This powerful maintenance free dual trumpet electric horn will sound at 125dB and has a 100% non-magnetic stainless steel housing with a bright polished finish that will not rust. Specially designed for exterior use, is ideal for marine applications in salt water environment but can also be use on other vehicles. The connection is simple with this horn, only two wires, and does not require an onboard air system, this means that you don't need a compressor or air tank to start roaring the seas.

- Sound Output: 125 dB
- Maximum Rust Protection
- Maintenance Free
- No Air System Needed!

8/30/2017 Amazon.com: Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05593-LDW-SIL Document 1 Filed 09/12/17 Page 49 of 58 PageID #: 49

## Highlights



**View larger**

### 12 volt powered.

Ideal for 12 volt application such as Boats, RVs, SUVs and Trucks.



**View larger**

### Bracket

Trumpet bracket with rubber to reduce vibration.



**View larger**

### No Air System Required

Fully electric horn, no compressor, air tank or hoses needed.

### Need additional information?

A detailed installation instruction manual and sound clip of this product can be found on our website.

Customers who viewed this item also viewed

8/30/2017    Amazon.com: Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05530-LDW-SIL  Document 1  Filed 09/12/17  Page 50 of 58 PageID #: 50



Grand General 69991
Chrome Heavy Duty Train
Horn with Triple Brass
Trumpet for Superior...
★★★★☆ 42
$140.28 ✓prime

---

Sponsored products related to this item  (What's this?)

    

| Wolo (619) Big Bad Max Air Horn - 12 Volt | Viking Horns V60-3 Electric Horn | Vixen Horn 2.5 Gallon (9.5 Liter) Train/Air Horn Tank with 200 PSI Compressor Onboard | Vixen Horns Loud 149dB 3/Triple Chrome Trumpet Train Air Horn with 0.5 Gallon Tank and | Vixen Horns Loud 120dB 1/Single Trumpet Snail Train Air Horn for Car/Truck/Bus/Van Black |
| ★★★☆☆ 383 | | ★★★☆☆ 31 | ★★★★☆ 39 | ★★★☆☆ 1 |
| $40.93 ✓prime | $24.95 | $148.95 ✓prime | $149.95 | $24.95 ✓prime |

Ad feedback 💬

---

Customers viewing this page may be interested in these sponsored links  (What's this?)

• Train Horns Galore 🔗          Big Rig Train Horn Kits. We Stock the Parts, Fast Shipping!
                                www.4statetrucks.com/

• Truck & Train Air Horns - Loudest Air Horns 🔗     Fast & Free Shipping, Best Prices on Horn kits with Viair On Board Air
                                                    Systems.
                                                    www.assuredautomotiveproducts.com/

• Train Horns USA #1 Store 🔗     1000's In Stock With Free Delivery. Lowest Prices Guaranteed - Buy Now.
                                www.trainhornkits.net/TrainHorns

• 12V air solenoid - Wide Range of Industry Product     Solenoid Valve, Air pilot Valve, Pulse Jet Valve Angle Body Valve, Solenoid
  🔗                                                    Coil

Ad feedback 💬



Ad feedback 💬

## Customer Questions & Answers

See questions and answers

8/30/2017     Amazon.com: Vixen Horns Loud 149dB 3/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05385-LDW-SIL    Document 1    Filed 09/12/17    Page 51 of 58 PageID #: 51

## Customer reviews

★★★★☆ 59
4.1 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 12% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 8% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews ▸

### Top customer reviews

★★★★☆ **Uncle Sam Approved!**
By Josh on July 24, 2016
Size: 3 Trumpets Stacked Two/One - CH   Verified Purchase

Incredibly loud, although not as low pitched as I had hoped. The trumpets unscrew from the diaphragms and I removed the 12v solenoid. I plumbed them through a manual momentary push button valve and used them as part of a parade float! My only complaint is the mount is inadequate for the weight of these horns. I used a stainless machine screw and actually drilled a hole in the bell of the longest horn to stop it from bouncing. It might be ok out of the wind or attached to the solid frame of a vehicle but I would still be worried that it could snap. I had an 11 gallon air tank filled to 100 psi and no on board compressor. I got plenty of use out of these horns on parade day and still had about 80psi in the tank when I parked it. It was a hoot! (Pun intended)



Comment | 6 people found this helpful. Was this review helpful to you? Yes No Report abuse

★★★★★ **Like a Train**
By Glenn Lord on March 30, 2016
Size: 3 Trumpets Stacked Two/One - CH   Verified Purchase

I made a mistake and thought this had its own compressor but I kept it and used an axillary tank. It is for a kids train ride and it is extremely loud. It sounds just like a train and I grew up next to a train yard. Got air? Its as good as it gets.

Comment | 5 people found this helpful. Was this review helpful to you? Yes No Report abuse

★★★★★ **This horn is nice and loud**
By Darren on April 16, 2017
Size: 4 Trumpets Stacked Two/Two - CH   Verified Purchase

This horn is nice and loud. Not a true train horn but it's good enough for my set up. I removed the quarter inch connecter because it's way too small and ran a 3/8" hose to it with 150 psi and it wails! The mounting



acer
Aspire R 15
IN A CLASS OF ITS OWN
Shop Now ▸

Windows

Ad feedback 💬

### Customer images



See all customer images ▸

### Most recent customer reviews

★★★★★ **Five Stars**
great sound
Published 27 days ago by Marlin R Koehn

★★★★★ **Its loud. Running at 150psi with no issues. ...**
Its loud. Running at 150psi with no issues. operates at a lower psi than expected. I was down to about 40 psi or so and it still sounded off.
Published 29 days ago by andrew demiar

★★★★★ **Loud as Hell**
Super loud, the only thing that I changed was the size of the air hose that it comes with. the one supplied is 1/4 outside diameter with 1/8 inch inside diameter, which I feel is... Read more ▸
Published 1 month ago by Don

★★★★★ **Five Stars**
excelente
Published 1 month ago by Rafael Rolando Vasquez Caraballo

★☆☆☆☆ **One Star**
Didn't come with all the parts like advertised

Case 2:17-cv-05550-LDW-SIL   Document 1   Filed 09/12/17   Page 52 of 58 PageID #: 92

bracket is too small and flimsy so I used a piece of 2" angle iron. The horns seemed not to screw in very tightly so I used some loctite on them. I gave them 5 stars even though I had a few issues with them because you can't get a set of horns like this for 56 bucks anywhere else.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

⭐⭐⭐⭐⭐ **Neither a 'big rig' nor 'train' sound, still very pleasing.**
By Garrett C. on May 3, 2017
Size: 4 Trumpets Stacked Two/Two - BK | Verified Purchase



I'm sure my neighbors 'loved me' when I finished up installing this on my Freightliner M2 at 9 o'clock at night and tested it! The horns are not the 'big rig' sound that I thought I was getting, but rather a very bright 'toot' noise which is also not similar to a train horn. Overall, despite my expectations, I'm still very happy with the horn.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

⭐⭐⭐⭐⭐ **THESE ARE AWESOME! Installation took less than an hour**
By Amazon Customer on July 6, 2016
Size: 3 Trumpets In-Line - BK | Verified Purchase

THESE ARE AWESOME! Installation took less than an hour. I tested these in my garage prior to installing under my jeep and was very impressed. I have several others that will be ordering since they have heard mine. Only observation/concern that I have is how the finish will hold up during the winter here in the midwest.

Comment | 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

⭐ **Functional.**
By Richard D. Glass on February 3, 2017
Size: 4 Trumpets Stacked Two/Two - CH | Verified Purchase

Not a train horn. Loud but just not the right tone. Don't be fooled by misrepresentation. Train horns cost hundreds of dollars. As an air horn, it is loud, just not what I was looking for. The mounting bracket is flimsy. You would need to fabricate a sturdier one, as the supplied one will break rather quickly. Will resale mine.

Comment | Was this review helpful to you? Yes No Report abuse

⭐⭐⭐⭐⭐ **Loud enough for heavy equipment**
By Chester Schlosser on January 2, 2017
Size: 1 Trumpet Round - CH | Verified Purchase

Not like crazy loud to hurt your ears but you can hear it from a long ways away. Works great On heavy machinery and it looks like it won't Shake apart. Lasted a year so far

Comment | Was this review helpful to you? Yes No Report abuse

⭐⭐⭐⭐ **Four Stars**
By Gene Mulholland on August 14, 2016
Size: 3 Trumpets In-Line - BK | Verified Purchase

Not as loud as The larger, but more compact and easier to mount.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**See all verified purchase reviews (newest first) ›**

---

⭐⭐⭐⭐⭐ **Five Stars**
nice
Published 3 months ago by Amazon Customer

⭐⭐⭐⭐ **Truck gone train !**
Sounds just like a train !
Published 3 months ago by Amazon Customer

⭐⭐⭐⭐⭐ **LOUD AS HELL**
These bad boys are super loud........ seem to be very well made. I'm using an onboard 125psi portable air tank, with that these things scream.
Published 4 months ago by Michael

⭐⭐⭐ **Three Stars**
not as loud as I thought it would be. but still fun
Published 5 months ago by Amazon Customer

⭐⭐⭐⭐⭐ **Five Stars**
Came with every to hook it up other than the switch to hook it up
Published 5 months ago by Shawn Wilcox

**Search customer reviews**

[ 🔍 ] Search

8/30/2017 Amazon.com: Vixen Horns Loud 149dB 4/Four Trumpet Train Air Horn with 12V Electric Solenoid Chrome VXH4114: Automotive

Case 2:17-cv-05930-LDW-SIL   Document 1   Filed 09/12/17   Page 53 of 58 PageID #: 53

Write a customer review

**Pages with related products.** See and discover other items: led lights for semi trucks, marine boat sound systems, trailer mover, lights for four wheeler, 4 wheeler accessories, four wheeler




Ad feedback

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
Sell Your Subscription on Amazon
❯ See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ⌄          🇺🇸 United States

**Amazon Music**
Stream millions
of songs

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook Publishing
Made Easy

**Alexa**
Actionable Analytics
for the Web

**Amazon Business**
Everything For
Your Business

**AmazonFresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Handpicked Pros
Happiness Guarantee

**Amazon Inspire**
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Restaurants**
Food delivery from
local restaurants

**Amazon Video Direct**
Video Distribution
Made Easy

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**AudiobookStand**
Discount Audiobooks
on Disc

**Book Depository**
Books With Free
Delivery Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info Entertainment
Professionals Need

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Prime Now**
FREE 2-Hour Delivery
on Everyday Items

**Prime Photos**
Unlimited Photo Storage
Free With Prime

**Shopbop**
Designer
Fashion Brands

**TenMarks.com**
Math Activities
for Kids & Schools

**Warehouse Deals**
Open-Box
Discounts

**Whispercast**
Discover & Distribute
Digital Content

**Whole Foods Market**
America's Healthiest
Grocery Store

**Withoutabox**
Submit to
Film Festivals

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Souq.com**
Shop Online in
the Middle East

**Subscribe with Amazon**
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

# <u>Exhibit 8</u>

To Complaint

Case 2:17-cv-05339-LDW-SIL Document 1 Filed 09/12/17 Page 55 of 58 PageID #: 95



HOME    PRODUCTS    BLOG    ABOUT

SUPPORT    AUTHORIZED DEALERS

Home  |  Products  |  Electric Horns  |

VIXEN HORNS VXH1608CB COMPACT DUAL-TONE MOTORCYCLE ELECTRIC AIR HORN CARBON-FIBER BLACK





ELECTRIC HORNS

# VIXEN HORNS VXH1608CB COMPACT DUAL-TONE MOTORCYCLE ELECTRIC AIR HORN CARBON-FIBER BLACK

SKU: VXH1608CB
Tag: Electric Horns

Color: Carbon-Fiber Black Pattern, Sound Output: 139dB, One-piece design, Maximum rust protection, Maintenance-free compressor, Twice as loud as many factory horns, No Air Tubes or External Air Supply Needed



⚖ ADD TO COMPARE

Case 2:17-cv-05339-LDW-SIL Document 1 Filed 09/12/17 Page 57 of 58 PageID #: 97

## DESCRIPTION

This Compact Size Loud Dual Tone Air Horn can fit easily on a Motorcycle, Car, Boat, ATV and other vehicles with a 12 Volt electrical system. Its one-piece design which requires no hoses and installs in minutes with a single bolt by simply transferring the factory horn wires to the compressor. The compressor is made of steel and horn of high impact resistant plastic high-tech carbon-fiber look. Comes with mounting hardware, horn relay and installation instructions.

- Compact Dual-Tone Electric Air Horn
- Color: Carbon-Fiber Black Pattern
- Sound Output: 139dB (High 510Hz / Low 410Hz)
- Power Source: 12V (18-25A)
- One-piece design
- Maximum rust protection
- Maintenance free compressor
- 4-PIN Relay Included
- Twice as loud as many factory horns
- No Air Tubes or External Air Supply Needed
- Specially design for motorcycles but can also be use on any vehicle where space is limited
- Dimensions: 5-3/4" L x 3-1/2" W x 4-1/2" H

## RELATED PRODUCTS









Electric Horns

VIXEN HORNS VXH16...



Electrical

VIXEN HORNS VXS-9...



Electric Ho

VIXEN H

## ▪ CATEGORIES

TRAIN HORNS

    Horns

    Compressors

    Air Tanks

    Horns/Compressor

    Full Systems

MUSICAL HORNS

**ELECTRIC HORNS**

SIRENS & PA

    Electrical

    Hand Operated

    Megaphones

    Speakers

ACCESSORIES

    Pressure Gauges

    Solenoids

    Pressure Switches

    Safety Valves